STATE OF OHIO,
COUNTY OF CUYAHOGA } ss.

Case No. 1:04CR455

04-FBI-004729

Caption United States v. Frank R. Brzygot

I, Lauren Maysey, being duly sworn upon my oath, depose and say that I am the agent of the DAILY LEGAL NEWS, and that the annexed advertisment attached hereto was published in the DAILY LEGAL NEWS, a daily newspaper of general circulation, printed in the City of Cleveland, County of Cuyahoga, Ohio for a period of 3 consecutive weeks and on the same day of each week on and after the 6 day of April A.D. 2005

Publication Fee $270.40

*[signature: Lauren Maysey]*

Sworn to and subscribed in my presence this 20 day of April A.D. 2005

*[signature]*
Notary Public

Rae Szabo
STATE OF OHIO (Cuyahoga County)
My Commission Expires March 19, 2010

Daily Legal News
2935 Prospect Avenue
Cleveland, OH 44115
(216) 696-3322
PROOF OF PUBLICATION

**NOTICE OF PUBLICATION**

Notice is hereby given that on March 22, 2005, in the case of **United States v. Frank R. Brzygot,** Criminal Case No. 1:04CR455, the United States District Court for the Northern District of Ohio entered an Order condemning and forfeiting to the United States of America a Toshiba Satellite laptop computer, Serial Number Y1076172P.

Pursuant to the foregoing Order of Forfeiture having been entered on March 22, 2005, the United States hereby gives notice of its intent to dispose of the forfeited computer in such manner as the United States Attorney General may direct. Any person, other than Defendant Frank R. Brzygot, having or claiming a legal right, title or interest in the forfeited computer must file a petition with the Court in the above-captioned action within thirty (30) days of the final publication of this notice. The petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited computer, and shall be filed with the Court at the following address: U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113. A copy of said petition also shall be provided to the Office of the United States Attorney, Attention: Asset Forfeiture Division, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113.

The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited computer, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited computer, and any additional facts supporting the petitioner's claim and the relief sought.

**UNITED STATES MARSHAL, Northern District of Ohio**
Apr 6-13-20-2005

*[signature]*
U.S. Marshal Peter J. Elliott

**GOVERNMENT EXHIBIT**
A
1:04CR455